

_____
**Hon. Michael S. McManus**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| In re | Case No. 09-53373 |
| DAVID L. NOVOTNY, | Chapter 13 |
| Debtor. | Date: March 5, 2010<br>Time: 1:30 p.m. |

**MEMORANDUM**

    Movant HSBC Bank USA, N.A., seeks relief from the automatic stay with respect to real property located in Gardnerville, Nevada.

    Neither the debtor nor the trustee have filed written opposition on or before 14 days prior to the hearing as required by Local Bankruptcy Rule 9014(d)(1). Therefore, the defaults of the above-mentioned parties in interest are entered and the matter will be resolved without oral argument.

    Despite the absence of opposition, the motion will be

1  dismissed as moot.

2      The movant holds a claim secured by a deed of trust that encumbers the debtor's real property. The confirmed plan, which identifies the movant as Wells Fargo Home Equity, provides for the surrender of that property in order to satisfy the movant's secured claim. See 11 U.S.C. § 1325(a)(5)(C). The plan also provides that as to real property secured claims, the entry of the confirmation order shall constitute an order modifying the automatic stay to allow the holder of the secured claim to exercise its remedies under applicable non-bankruptcy law.

    The plan was confirmed on January 8, 2010. Therefore, the movant already has the relief requested in this motion. This motion is unnecessary.

    Because the movant has not established that the value of its collateral exceeds the amount of its secured claim, and because the motion was unnecessary, the court awards no fees and costs. 11 U.S.C. § 506(b).

    Counsel for the movant shall lodge a conforming order.