

Entered on Docket
March 19, 2010

_____
**Hon. Michael S. McManus**
**United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com.

HSBC Bank USA, National Association, as Trustee for WFASC Mortgage Pass-Through Certificates, Series 2006-9

09-77157

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case Number: 09-53373-gwz |
|---|---|
| David L. Novotny | Date: 3/5/2010<br>Time: 1:30 pm |
| | Chapter 13 |
| Debtor. | |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is granted in the above entitled bankruptcy regarding the

1  subject property generally described as 1026 Pony Court, Gardenville, NV 89460.

2

3  Submitted by:
   WILDE & ASSOCIATES

4  /s/ Gregory L. Wilde

5  Gregory L. Wilde, Esq.
   Attorney for Secured Creditor

6

7  APPROVED / DISAPPROVED

8  _____
   **Joe Laub (Reno)**

9  Attorney for Debtor(s)

10 APPROVED / DISAPPROVED

11 _____

12 **William Van Meter**
   Chapter 13 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
 \_\_\_\_\_ The court waived the requirements of LR 9021.
 \_\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
 \_\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
 \_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
 \_\_\_\_\_ approved the form of this order         \_\_\_\_\_ disapproved the form of this order
 \_\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document
 \_\_\_\_\_ appeared at the hearing, waived the right to review the order
 \_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
 \_\_\_\_\_ approved the form of this order         \_\_\_\_\_ disapproved the form of this order
 \_\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document

 \_\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
 \_\_\_\_\_ approved the form of this order         \_\_\_\_\_ disapproved the form of this order
 \_\_\_\_\_ waived the right to review the order and/or   \_\_\_\_\_ failed to respond to the document
 \_\_\_\_\_ appeared at the hearing, waived the right to review the order
 \_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
 \_\_\_\_\_ approved the form of this order         \_\_\_\_\_ disapproved the form of this order
 \_\_\_\_\_ waived the right to review the order and/or   \_\_\_\_\_ failed to respond to the document

 \_\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor